**UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **SABRINA SHANTA BROWN,** | ) | Bankruptcy No. 17 B 33952 |
| | ) | |
| | ) | |
| Debtor. | ) | Honorable Timothy A. Barnes |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on July 14, 2018, she caused a copy of the attached Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) to be served upon each person shown on the attached service list by first class United States mail, with postage prepaid. Those marked with an * were served via the Court's ECF System.

Date: July 14, 2018                      /s/ Rachel A. Leibowitz
                                              Paralegal

Lakelaw
53 West Jackson Boulevard, Suite 1115
Chicago, IL 60604
847.249.9100

**SERVICE LIST**

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027 *

Santander Consumer USA
PO BOX 961246
FORT WORTH TX 76161-0246

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702 *

T MOBILE
C O AMERICAN INFOSOURCE LP
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

Sabrina Shanta Brown
16352 Park Ave
Markham, IL 60428-5751

PYOD, LLC its successors
and assigns as assignee
of MHC Receivables, LLC
and FNBM, LLC
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602